Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorneys for Defendant John Reed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br> Plaintiff, <br> v. <br> John Reed, an individual and d/b/a Amazon.com Seller Johnny's Toy Shop and Does 1-10, inclusive, <br> Defendants. | Case No. 2:12-cv-9149-GHK-VBKx <br><br> [PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER RE: TAX RETURN INFORMATION |

## ORDER

Defendant John Reed, by and through counsel, and with the consent of the plaintiff, Warner Bros. Home Entertainment Inc. ("Warner Bros.") sought the Court's approval for a stipulated protective order regarding disclosure by Defendant to Warner Bros. of Defendant's tax return information. For good cause shown, the Court APPROVES the stipulated protective order requested by the parties, as follows:

Warner Bros. shall keep Mr. Reed's tax return information strictly confidential. The tax return information provided by Mr. Reed may be used by Warner Bros. *solely* in connection with settlement negotiations, and for no other purpose, in this lawsuit, or otherwise.

This protective order shall not be construed as a general waiver by either party..

SO ORDERED.

DATED:  July 5, 2013                    /s/
                                   United States Magistrate Judge

Respectfully submitted,

DATED: June 20, 2013             THE PIETZ LAW FIRM


                                 By: /s/ Morgan E. Pietz _____
                                     Morgan E. Pietz
                                     Attorneys for Defendant John Reed, an
                                     individual and d/b/a Amazon.com Seller
                                     Johnny's Toy Shop


DATED: June 20, 2013             J. ANDREW COOMBS, A PROFESSIONAL CORP.


                                 By: /s/ Annie S. Wang
                                     J. Andrew Coombs
                                     Annie S. Wang
                                     Attorneys for Plaintiff Warner Bros.
                                     Home Entertainment Inc.