J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Morgan E. Pietz (SBN 260629)
mpietz@pietzlawfirm.com
The Pietz Law Firm
3770 Highland Ave., Suite 206
Manhattan Beach, California 90266
Telephone: (310) 424-5557
Facsimile: (310) 546-5301

Attorney for Defendant John Reed,
an individual and d/b/a Amazon.com
Seller Johnny's Toy Shop

JS-6

**FILED: 8/13/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> John Reed, an individual and d/b/a Amazon.com Seller Johnny's Toy Shop and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-9149 GHK (VBKx) <br><br> [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant John Reed, an individual and d/b/a Amazon.com Seller Johnny's Toy Shop ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   8/13/13

_____
Hon. George H. King
Chief United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: __/s/ Annie S. Wang_____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

The Pietz Law Firm

By: */s/ Morgan E. Pietz*_____
       Morgan E. Pietz
Attorney for Defendant John Reed,
an individual and d/b/a Amazon.com
Seller Johnny's Toy Shop

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |
| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-744-136 | CURB YOUR ENTHUSIASM: The Divorce | Home Box Office, Inc. ("HBO") |
| PA 1-746-580 | CURB YOUR ENTHUSIASM: The Safe House | HBO |
| PA 1-739-186 | CURB YOUR ENTHUSIASM: Palestinian Chicken | HBO |
| PA 1-740-510 | CURB YOUR ENTHUSIASM: The Smiley Face | HBO |
| PA 1-740-509 | CURB YOUR ENTHUSIASM: Vow of Silience | HBO |
| PA 1-740-508 | CURB YOUR ENTHUSIASM: The Hero | HBO |
| PA 1-746-589 | CURB YOUR ENTHUSIASM: The Bi-Sexual | HBO |
| PA 1-744-140 | CURB YOUR ENTHUSIASM: Car Periscope | HBO |
| PA 1-748-790 | CURB YOUR ENTHUSIASM: Mister Softee | HBO |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | HBO |
| PA 1-747-827 | CURB YOUR ENTHUSIASM: Larry vs. Michael J. Fox | HBO |
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | HBO |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | HBO |
| PA 1-759-114 | ENTOURAGE: One Last Shot | HBO |
| PA 1-759-119 | ENTOURAGE: Whiz Kid | HBO |

| | | |
|---|---|---|
| PA 1-759-118 | ENTOURAGE: Motherf*cker | HBO |
| PA 1-764-686 | ENTOURAGE: The Big Bang | HBO |
| PA 1-765-845 | ENTOURAGE: Second To Last | HBO |
| PA 1-765-833 | ENTOURAGE: The End | HBO |
| PA 1-750-442 | FALLING SKIES: Live and Learn | TNT Originals, Inc. ("TNT") |
| PA 1-750-446 | FALLING SKIES: The Armory | TNT |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You | WBEI |

|  |  |  |
|---|---|---|
|  | Sleep |  |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through | WBEI |

|  | Many Dangers, Toils and Snares |  |
|---|---|---|
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran | WBEI |

|  |  | Hypothesis |  |
|---|---|---|---|
| 1 | PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| 2 | PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| 3 | PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| 4 | PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| 5 | PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| 6 | PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| 7 | PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| 8 | PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| 9 | PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| 10 | PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| 11 | PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| 12 | PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| 13 | PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| 14 | PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| 15 | PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| 16 | PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| 17 | PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| 18 | PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| 19 | PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| 20 | PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker | WBEI |

| | | |
|---|---|---|
| | Juxtaposition | |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy | WBEI |

|  |  |  |
|---|---|---|
|  | Conjecture |  |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar | WBEI |

| | | Excitation | |
|---|---|---|---|
| | PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| | PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| | PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| | PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| | PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| | PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| | PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| | PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| | PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| | PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| | PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| | PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| | PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| | PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| | PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| | PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| | PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| | PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| | PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| | PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden | WBEI |

| | | |
|---|---|---|
| | Germination | |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |
| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | BGE |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; Samax, Inc. ("SI") |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |

| # | Reg. No. | Title | Owner |
|---|---|---|---|
| 1 | PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| 2 | PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| 3 | PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| 4 | PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| 5 | PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| 6 | PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| 7 | PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| 8 | PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| 9 | PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| 10 | PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| 11 | PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| 12 | PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| 13 | PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| 14 | PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| 15 | PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| 16 | PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| 17 | PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| 18 | PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| 19 | PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| 20 | PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| 21 | PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| 22 | PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| 23 | PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| 24 | PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| 25 | PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| 26 | PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| 27 | PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| 28 | PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| 29 | PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| 30 | PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| 31 | PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| 32 | PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| 33 | PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| 34 | PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| 35 | PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |

| | | |
|---|---|---|
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS |

| | | Studios Inc. ("CBS") |
|---|---|---|
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |

| | | |
|---|---|---|
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |

| | | |
|---|---|---|
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |